# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ACEVEDO, ANGELICA | ) | |
| | ) | CASE NO. 07-03436 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:   U.S. BANKRUPTCY COURT
>        Kane County Courthouse
>        100 S. 3rd Street, Room 140
>        Geneva, IL  60134
>
>   on:   **October 23, 2008**
>   at:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                             $         5,313.73

    b. Disbursements                        $             0.00

    c. Net Cash Available for Distribution  $         5,313.73

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph R. Voiland Trustee | $ | $ 1,281.37 | $ |
| Joseph R. Voiland Trustee | $ | $ | $ 359.59 |

| | | | |
|---|---|---|---|
| Joseph R. Voiland<br>Trustee's Firm Legal | $ | $ 750.00 | $ |
| Joseph R. Voiland<br>Trustee's Firm Legal | $ | $ | $ 10.42 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $<u>41,393.60</u>, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $<u>5.83</u>%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 11,782.93 | $ 686.69 |
| 2 | Chase Bank USA, NA | $ 8,045.65 | $ 468.89 |
| 3 | Chase Bank USA, NA | $ 7,836.07 | $ 456.67 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 13,728.95 | $ 800.10 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Wearing Apparel - $200.00; 401(k) – Unknown; 2002 Toyota Rav 4 - $7,600.00

    The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **September 26, 2008**          For the Court,

                                          By: **KENNETH S. GARDNER**
                                              Kenneth S. Gardner
                                              Clerk of the United States Bankruptcy Court
                                              219 S. Dearborn Street, 7th Floor
                                              Chicago, IL  60604

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

3436   Doc 33   Filed 09/26/08   Entered 09/28/08 23:49:41   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Sep 26, 2008
Case: 07-03436                Form ID: pdf002          Total Served: 11


The following entities were served by first class mail on Sep 28, 2008.
db           +Angelica Acevedo,    110 Ann Street,    Elgin, IL 60120-4102
aty          +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11202485      AT&T Universal Card,    PO Box 688903,    Des Moines, Ia 50368-8903
12205088      Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11202486      Chase Credit Card,    PO Box 15153,    Wilmington, De 19886-5153
11202487      Chase Mastercard,    PO Box 15153,    Wilmington, De. 19886-5153
11202489    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Financial Services,    PO Box 5855,
               Carol Stream, Il. 60197-585)

The following entities were served by electronic transmission on Sep 27, 2008.
11202488      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2008 01:56:29      Discover Card,
               P O Box 30395,    Salt Lake City, Ut 84130
12178050      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2008 01:56:29
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12319286      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**               **Signature:** _Joseph Speetjens_